# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143831(49)(50)(52)

BECKIE PRICE,
                Plaintiff-Appellee,

v

HIGH POINTE OIL COMPANY, INC.,
                Defendant-Appellant.
_____

SC: 143831
COA: 298460
Clinton CC: 08-010387-NO

On order of the Chief Justice, the motion by defendant-appellant for extension to August 22, 2012 of the time for filing its reply brief is granted. Motions by the Michigan Association of Home Builders and the Michigan Association of Realtors for leave to file briefs *amicus curiae* are considered and they are granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2012

_____
Clerk